**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6869

EDWARD LEON MULDROW,

                              Plaintiff - Appellant,

        versus

SUSANNE REICH, Financial Accountant for South
Carolina Department of Corrections,

                              Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  R. Bryan Harwell, District Judge.
(CA-04-547-3-RBH)

Submitted:  October 20, 2005        Decided:  October 27, 2005

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Edward Leon Muldrow, Appellant Pro Se.  Andrew Foster McLeod,
HARRIS & MCLEOD, Cheraw, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Edward Leon Muldrow appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Muldrow v. Reich, No. CA-04-547-3-RBH (D.S.C. May 26, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED